1.

Bradley Keith Sleighter
82-50th S.W. Apt 323
Wyoming, MI 49548

November 20th, 2012

Judge Janet Neff
United States District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, Mich 49503

FILED - GR
November 26, 2012 1:35 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald /___   SCANNED BY: ___/11:26

Dear Judge Janet Neff:

Re: Case no. 1:12-cv-910.

Since filing this complaint I have additional information to support my claim with an employee at the Kent County Jail who will testify to the validity of my complaint. I would like to submit this information if there seems to be any question as to my complaint's merrit.

The medical service at the jail has altered my medical file to negate my claim, but I can support my claim through another means within the jails records.

Before this case is dismissed based on a Martinez report I would respectfully request that I be allowed to submit additional printed and noterized reports from the jail in support of my claim short of taking the case to trial.

Respectfully

Brad Sleightes